UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM J. MURRAY,<br><br>Plaintiff,<br><br>v.<br><br>TXU CORP., *et al.*<br><br>Defendants. | MISCELLANEOUS BUSINESS<br>DOCKET NO. 04-MBD-10069<br><br>(Related to Cause<br>No. 3:03 CV-088P, U.S. District<br>Court, Northern District of Texas,<br>Dallas Division)<br><br>Civil Action No. |

## DEFENDANTS' ASSENTED-TO MOTION
## FOR LEAVE TO FILE A REPLY MEMORANDUM

Defendants TXU Corp., TXU Energy Company LLC, and TXU Portfolio Management Company LP, f/k/a TXU Energy Trading Company LP (collectively, "Defendants") respectfully request leave to file a Reply Memorandum in support of Defendants' Motion to Compel, and the Supplemental Affidavit of Patricia S. Gill (attached thereto as Exhibit "A"). This Reply is necessary to address certain new arguments set forth in Non-Party American National Power, Inc.'s Opposition to TXU's Motion to Compel and Cross-Motion for Protective Order and Costs, that was filed on March 22, 2004. American National Power, Inc.'s counsel has assented to this Motion. The Court's consideration of this Reply will neither delay these proceedings nor unfairly prejudice American National Power, Inc.

Dated: March 26, 2004                             Respectfully submitted,

                                        TXU CORP., TXU ENERGY COMPANY LLC, AND TXU PORTFOLIO MANAGEMENT COMPANY LP, F/K/A TXU ENERGY TRADING COMPANY LP

By Their Attorneys

*/s/ Laura M. Stock*
Anita B. Bapooji (BBO #644657)
Laura M. Stock (BBO #652276)
TESTA, HURWITZ & THIBEAULT, LLP
125 High Street
Boston, MA  02110
(617) 248-7000

David C. Lonergan (Texas Bar No. 12513500)
David P. Poole (Texas Bar No. 16123750)
Patricia S. Gill (Texas Bar. No. 24007238)
HUNTON & WILLIAMS, LLP
Energy Plaza, 30th Floor
1601 Bryan Street
Dallas Texas  75201
(214) 979-3029

Counsel for Defendants

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Laura M. Stock, counsel for Defendants, do hereby certify that I conferred in good faith with Christopher H. M. Carter, counsel for American National Power, Inc., concerning this Motion on March 24, 2003, and received American National Power Inc.'s assent to this Motion.

*/s/ Laura M. Stock*
Laura M. Stock

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by certified mail on March 26, 2004.

*/s/ Laura M. Stock*
Laura M. Stock

3042535_1