UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM J. MURRAY,<br><br>    Plaintiff,<br><br>v.<br><br>TXU CORP., *et al.*<br><br>    Defendants. | CASE NO. 04-MBD-10069 (NG)<br><br>(Related to Cause<br>No. 3:03 CV-088P, U.S. District<br>Court, Northern District of Texas,<br>Dallas Division) |

## DEFENDANTS' MEMORANDUM IN OPPOSITION TO ANP'S MOTION FOR LEAVE TO FILE SURREPLY

Defendants TXU Corp., TXU Energy Company LLC and TXU Portfolio Management Company LP respectfully oppose American National Power's ("ANP's") Motion for Leave to File Surrely [*sic*] Memorandum ("Motion").

Defendants' Motion to Compel has been fully briefed and pending before the Court since April 1, 2004. More than a week later, on April 9, 2004, ANP filed its Motion, which will only continue to needlessly prolong the briefing process on a straightforward Motion to Compel. Defendants dispute ANP's contention that Defendants' Reply Memorandum misstates the facts and the law and that a surreply is necessary in this matter. Accordingly, Defendants respectfully request that the Court deny ANP's Motion.

Dated: April 26, 2004

Respectfully submitted,

**TXU CORP., TXU ENERGY COMPANY LLC AND TXU PORTFOLIO MANAGEMENT COMPANY LP F/K/A TXU ENERGY TRADING COMPANY LP**

By Their Attorneys

*/s/ Laura M. Stock*
Anita B. Bapooji (BBO #644657)
Laura M. Stock (BBO #652276)
TESTA, HURWITZ & THIBEAULT, LLP
125 High Street
Boston, MA 02110
(617) 248-7000

David C. Lonergan (Texas Bar No. 12513500)
David P. Poole (Texas Bar No. 16123750)
Patricia S. Gill (Texas Bar. No. 24007238)
HUNTON & WILLIAMS, LLP
Energy Plaza, 30th Floor
1601 Bryan Street
Dallas Texas 75201
(214) 979-3029

Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on April 26, 2004.

*/s/ Laura M. Stock*
Laura M. Stock

3058177_1