UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM J. MURRAY, <br><br> Plaintiff, <br><br> v. <br><br> TXU CORP., *et al.* <br><br> Defendants. | CASE NO. 04-CV-12123NG |

## CERTIFICATE OF ROBERT K. WISE

I, Robert K. Wise, in accordance with Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, represents and certifies as follows:

1. I am a member in good standing of the bars of the highest court in Texas, the United States District Court for the Northern District of Texas, the Fifth Circuit Court of Appeals and every other jurisdiction in which I am admitted;

2. I am familiar with the facts surrounding this dispute and the Local Rules of the United States District Court for the District of Massachusetts; and

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

Dated: October 26, 2004

_____
Robert K. Wise

3135474