UNITED STATES DISCTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM J. MURRAY, ) | Docket No. 04-cv-12123-NG |
| Plaintiff, ) | |
| ) | (Related to Cause |
| v. ) | No. 3:03 CV-088P, U.S. District |
| ) | Court, Northern District of |
| TXU CORP. *et al.*, ) | Texas, Dallas Division) |
| ) | |
| Defendants. ) | |

## AFFIDAVIT OF CHRISTOPHER H. M. CARTER

CHRISTOPHER H. M. CARTER does hereby depose and state as follows:

1.    I am at least eighteen years of age and competent to testify.  I am a partner in the law firm of Hinckley Allen & Snyder, LLP and a member in good standing of the bar of the Commonwealth of Massachusetts.  In connection with the above-captioned matter, I serve as outside legal counsel to non-party American National Power, Inc. ("ANP").

2.    Attached hereto as **Exhibit A** are true and accurate redacted copies of the billing statements submitted to ANP by Hinckley Allen & Snyder, LLP for legal fees and costs incurred in connection with this matter from March 2004 through August 2004.

3.    Attached hereto as **Exhibit B** are true and accurate redacted copies of the billing statements generated internally by Hinckley Allen & Snyder, LLP, but not yet submitted to ANP, for legal fees and costs incurred in connection with this matter from September 2004 through November 2004.

Dated:  November 4, 2004              /s/ Christopher H.M. Carter
                                                        Christopher H.M. Carter

**EXHIBIT A**

## HINCKLEY, ALLEN & SNYDER
1500 Fleet Center
Providence, RI 02903

American National Power, Inc.
David T. Musselman, Esq.
52 Forest Street, Suite 102
Marlborough, MA 01752

Bill Number: (RA) 623477
Bill Date:  15 Apr 2004
Cut-Off Date:  31 Mar 2004

Client: 047112  American National Power, Inc.

For Professional Services Rendered:

| Number | Name | | Fees | Disbursements |
|---|---|---|---|---|
| 0122275 | ANP-TXU Subpoena Opposition | $ 15,799.00 | · $ | 1,069.17 |

Total Fees ................................   $  15,799.00

Total Disbursements.......................   $   1,069.17
                                             ----------

Total Fees and Disbursements.............   $  16,868.17

**Please Return A Copy Of This Page With Your Remittance.**
Amounts Billed and outstanding for more than 45 days from the invoice date
are subject to a late charge of 1% per month until payment is received.

# HINCKLEY, ALLEN & SNYDER

Bill Number: (RA) 623477
Bill Date: 15 Apr 2004

Client: 047112 American National Power, Inc.

Services:

| Date | Attorney / Legal Assistant | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03-Mar-2004 | Gottlieb | Telephone conference ⬛ regarding subpoena | 0.20 | 380.00 | 76.00 |
| 05-Mar-2004 | Carter | Confer with⬛ regarding subpoena to ANP. | 0.20 | 300.00 | 60.00 |
| 08-Mar-2004 | Carter | Confer w⬛ regarding Objection to Motion to Compel. | 0.20 | 300.00 | 60.00 |
| 09-Mar-2004 | Carter | Objection to motion to compel. | 0.30 | 300.00 | 90.00 |
| 15-Mar-2004 | Carter | Meeting with Mr. Day regarding opposition ⬛ | 0.20 | 300.00 | 60.00 |
| 15-Mar-2004 | Day | Review and analyze case file and outline opposition to TXU's Motion to Compel Production of Documents ⬛. ⬛ | 1.60 | 220.00 | 352.00 |
| 16-Mar-2004 | Carter | Drafting and revisions to affidavits in support of Objection to Motion to Compel; telephone conferences⬛. ⬛; review documents and correspondence pertaining to the same. | 2.10 | 300.00 | 630.00 |
| 16-Mar-2004 | Day | Draft Opposition to TXU's Motion to Compel Production of Documents concerning Mr. Murray's post-employment with non-party ANP. | 1.20 | 220.00 | 264.00 |
| 17-Mar-2004 | Carter | Confer with Mr. Day regarding Opposition to Motion to Compel; coordinate research and drafting of Opposition. | 0.50 | 300.00 | 150.00 |
| 17-Mar-2004 | Day | Draft and revise opposition to defendant TXU's motion to compel discovery and cross-motion for protective order and costs; conduct related legal research; ⬛ | 10.30 | 220.00 | 2,266.00 |

## HINCKLEY, ALLEN & SNYDER

Bill Number: (RA) 623477
Bill Date: 15 Apr 2004

Client: 047112 American National Power, Inc.

| te | Matter | Attorney / Legal Assistant | Description | | | |
|---|---|---|---|---|---|---|
| 17-Mar-2004 | Angelini | | Research r.— law on Fed.R.Civ.P. 45 (subpoenas), Local Rule 37.1 ▓▓▓ multiple conferences w/ D. Day re: results of research; conference w/ D. Day and C. Carter ▓ ▓▓▓ | 5.50 | 190.00 | 1,045.00 |
| 18-Mar-2004 | Carter | | Further drafting of affidavits in support of Opposition to Motion to Compel, ▓▓▓ drafting and revisions to Opposition; ▓▓▓ | 3.60 | 300.00 | 1,080.00 |
| 18-Mar-2004 | Day | | Revise opposition ▓▓▓ conduct related legal research. | 3.40 | 220.00 | 748.00 |
| 19-Mar-2004 | Carter | | Draft Opposition to Motion to Compel. | 0.70 | 300.00 | 210.00 |
| 19-Mar-2004 | Day | | Revise opposition ▓▓▓ confer with C. Carter ▓▓▓ conduct related legal research. | 9.70 | 220.00 | 2,134.00 |

## HINCKLEY, ALLEN & SNYDER

ige 4

Bill Number: (RA) 623477
Bill Date: 15 Apr 2004

**Client: 047112 American National Power, Inc.**

| ate | Matter | Attorney / Legal Assistant | Description | | | |
|---|---|---|---|---|---|---|
| 21-Mar-2004 | Carter | | Confer with Mr. Day regarding Opposition to Mo▬▬▬▬▬ ▬▬▬▬▬ ▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬ revisions to the same. | 1.10 | 300.00 | 330.00 |
| 21-Mar-2004 | Day | | Revise opposition ▬▬▬ ▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬ | 2.20 | 220.00 | 484.00 |
| 22-Mar-2004 | Carter | | Legal analysis ▬▬▬▬▬▬▬ ▬▬▬▬▬ complete drafting and revisions to Objection; draft protective order in connection with Objection; coordinate filing of Objection. | 8.60 | 300.00 | 2,580.00 |
| 22-Mar-2004 | Day | | Revise opposition ▬▬▬ ▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬ | 7.70 | 220.00 | 1,694.00 |
| 23-Mar-2004 | Carter | | Telephone conferences with TXU counsel regarding potential settlement issues and filing of Opposition to Motion to Compel; confer with District Court regarding filing issues ▬▬▬ ▬▬▬▬▬▬▬ ▬▬▬▬▬▬ | 1.10 | 300.00 | 330.00 |
| 23-Mar-2004 | Day | | Revise opposition ▬▬▬ ▬▬▬▬▬▬ ▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬ | 1.60 | 220.00 | 352.00 |
| 24-Mar-2004 | Carter | | Confer with Federal District Court regarding hearing on Opposition to Motion to Compel; confer with counsel for TXU regarding the same, and file request for hearing; confer with | 1.70 | 300.00 | 510.00 |

## HINCKLEY, ALLEN & SNYDER

ja 5

Bill Number: (RA) 623477
Bill Date: 15 Apr 2004

Client; 047112 American National Power, Inc.

| te | Matter | Attorney /<br>Legal Assistant | Description | | |
|----|--------|------------|-------------|---|---|
| | | | TXU counsel regarding Reply and<br>Surreply memoranda; ███████████<br>███████████████<br>draft letter to TXU counsel<br>regarding settlement. | | |
| | Subtotal For: 0122275 | | ANP-TXU Subpoena Opposition | 65.80 | ********** |

Total Hours                                             65.80     15799.00

## HINCKLEY, ALLEN & SNYDER

ige 6

Bill Number: (RA) 823477
Bill Date: 15 Apr 2004

Client: 047112 American National Power, Inc.

Disbursements:

| Date | Description | Value |
|------|-------------|-------|
| 03/31/04 | Duplicating | 94.20 |
| 03/31/04 | Postage | 21.30 |
| 03/31/04 | Telephone | 64.60 |
| 03/31/04 | Telecopy | 7.00 |
| 03/31/04 | Online Research | 882.07 |
| TOTAL DISBURSEMENTS: | | $ 1,069.17 |

## HINCKLEY, ALLEN & SNYDER

e 7

**Bill Number: (RA) 623477**
**Bill Date: 15 Apr 2004**

:lient: 047112 American National Power, Inc.

Summary of Hours Worked:

| Attorney/Legal Assistant | Total Hours |
|---|---|
| Gottlieb | 0.20 |
| Carter | 20.30 |
| Day | 37.70 |
| Angelini | 5.50 |
| MMcCarthy | 2.10 |
| | ---------- |
| | 65.80 |

**HINCKLEY, ALLEN & SNYDER**
1500 Fleet Center
Providence, RI 02903

American National Power, Inc.
David T. Musselman, Esq.
2 Forest Street, Suite 102
Marlborough, MA 01752

Bill Number: (RA) 628110
Bill Date: 31 May 2004
Cut-Off Date: 30 Apr 2004

Client: 047112 American National Power, Inc.

**For Professional Services Rendered:**

| Number | Name | Fees | Disbursements |
|---|---|---|---|
| 0122275 | ANP-TXU Subpoena Opposition | $ 16,378.00 | $ 619.94 |

Total Fees ...............................   $   16,378.00

Total Disbursements.....................   $      619.94

Total Fees and Disbursements.............   $   16,997.94

**Please Return A Copy Of This Page With Your Remittance.**
Amounts Billed and outstanding for more than 45 days from the invoice date
are subject to a late charge of 1% per month until payment is received.

## HINCKLEY, ALLEN & SNYDER

**Bill Number: (RA) 628110**
**Bill Date: 31 May 2004**

Client: 047112 American National Power, Inc.

Services:

| Date | Attorney / Legal Assistant | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 30-Mar-2004 | Carter | Telephone conference with TXU counsel regarding Motion to Compel; ████████████ Mc. ██████████████████████ | 1.20 | 300.00 | 360.00 |
| 31-Mar-2004 | Carter | Telephone conference with TXU counsel regarding supplemental briefing on Motion to Compel; ████████████████████ draft correspondence to TXU counsel regarding TXU's Reply Brief. | 1.50 | 300.00 | 450.00 |
| 02-Apr-2004 | Day | Conduct legal research ████████████████ | 3.20 | 220.00 | 704.00 |
| 04-Apr-2004 | Carter | Review and analysis of Surreply Memorandum and supporting Affidavits and records filed by TXU; begin drafting Surreply Memorandum and Motion in support of the same. | 3.70 | 280.00 | 1,036.00 |
| 05-Apr-2004 | Carter | Conferences with Mr. Day regarding research into Surreply issues; review correspondence from TXU counsel. | 0.60 | 280.00 | 168.00 |
| 05-Apr-2004 | Day | Conduct legal research concerning ████████████████ under Federal Rule 45 and Local Rule 37.1 ████████████████████ draft memorandum ████████████████ | 6.70 | 220.00 | 1,474.00 |
| 05-Apr-2004 | Roff | Legal research for Attorney Day. | 0.10 | 140.00 | 14.00 |

## HINCKLEY, ALLEN & SNYDER

sga 3

Bill Number: (RA) 828110
Bill Date: 31 May 2004

Client: 047112 American National Power, Inc.

| the | Matter | Attorney /<br>Legal Assistant | Description | | | |
|---|---|---|---|---|---|---|
| | 05-Apr-2004 | Angelini | Research f▮▮▮▮▮▮▮▮▮▮ ▮▮▮ F.R.C.P. 37(c) ▮ ▮▮▮▮▮▮▮▮▮ ▮ | 0.60 | 190.00 | 152.00 |
| | 06-Apr-2004 | Carter | Telephone conference with Ms. Pucciariello regarding Surreply; review Reply by TXU; drafting of Surreply motion and memorandum. | 1.20 | 280.00 | 336.00 |
| | 06-Apr 2004 | Day | Conduct legal research ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮ draft memoranda concerning same. | 9.30 / 7.30 | 220.00 | 2,046.00 |
| | 07-Apr-2004 | Carter | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ draft Motion to Strike allegations regarding service of December 2003 subpoena | 4.50 / 2.50 | 280.00 | 1,260.00 |
| | 07-Apr-2004 | Day | ▮▮▮▮▮▮▮▮▮ prepare Surreply to TXU's reply to ANP's opposition to TXU's motion to compel discovery; conduct related legal research. | 6.60 / 4.60 | 220.00 | 1,452.00 |
| | 07-Apr-2004 | Roff | Legal research for Attorney Carter. | 0.20 | 140.00 | 28.00 |
| | 08-Apr-2004 | Carter | Drafting of Motion and supporting memorandum ▮▮▮ ▮▮▮▮▮▮▮▮▮▮ | 9.70 / 7.70 | 280.00 | 2,716.00 |

HINCKLEY, ALLEN & SNYDER

Page 4

Client: 047112 American National Power, Inc.

| Date | Matter | Attorney / Legal Assistant | Description | | | |
|---|---|---|---|---|---|---|
| | | | and Surreply; multiple telephone conferences with Ms. Pucciariello regarding Rule 11 motion, Surreply, and affidavits; draft Surreply memorandum of law; telephone conference with ▓▓▓▓ ▓▓▓ regarding legal research into Rule 11 issues and recovery of costs by ANP. | | | |
| 08-Apr-2004 | Day | | Prepare motion to recover costs ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓. | 0.50 | 220.00 | 110.00 |
| 09-Apr-2004 | Carter | | ▓▓▓▓▓▓▓▓▓▓ motion to strike; ▓ Surreply memorandum; supporting affidavits; and correspondence to TXU counsel; telephone conferences ▓▓▓▓▓▓▓▓▓▓▓▓ completion of motions; coordinate filing of the same. | 7.40 5.30 | 280.00 | 2,044.00 |
| 09-Apr-2004 | Day | | Prepare Surreply, motion to strike, ▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ conduct related legal research; file Surreply and motion to strike; serve papers. | 6.40 4.40 | 220.00 | 1,408.00 |
| 23-Apr-2004 | Carter | | Confer w▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ regarding case status. | 0.10 | 280.00 | 28.00 |
| 27-Apr-2004 | Carter | | Review pleadings filed by TXU. | 0.50 | 280.00 | 140.00 |
| 27-Apr-2004 | Day | | Review and analyze TXU's opposition to ANP's motion to strike; conduct related legal research. | 1.00 | 220.00 | 396.00 |
| 30-Apr-2004 | Carter | | Telephone conference with Ms. Pucciariello regarding case status. | 0.20 | 280.00 | 56.00 |
| Subtotal Fee: 0122279 | | | ANP-TXU Subpoena Opposition | 66.10 | | *********** |
| Total Hours | | | | 66.10 | | 16378.00 |

## HINCKLEY, ALLEN & SNYDER

age 5

Bill Number: (RA) 628110
Bill Date: 31 May 2004

Client: 047112 American National Power, Inc.

Disbursements:

| Date | Description | Value |
|------|-------------|-------|
| 04/30/04 | Duplicating | $1.11 |
| 04/30/04 | Postage | 5.16 |
| 04/30/04 | Messenger Service | 10.00 |
| 04/30/04 | Telephone | 5.84 |
| 04/30/04 | Telecopy | 23.00 |
| 04/30/04 | Online Research | 516.83 |

TOTAL DISBURSEMENTS:                    $    619.94

HINCKLEY, ALLEN & SNYDER

**Bill Number: (RA) 628110**
**Bill Date: 31 May 2004**

Client: 047112 American National Power, Inc.

Summary of Hours Worked:

| Attorney/Legal Assistant | Total Hours |
|---|---|
| Carter | 30.50 |
| Day | 34.50 |
| Roff | 0.30 |
| Angelini | 0.80 |
| | ---------- |
| | 66.10 |

**HINCKLEY, ALLEN & SNYDER**
1500 Fleet Center
Providence, RI 02903

American National Power, Inc.
David T. Musselman, Esq.
62 Forest Street, Suite 102
Marlborough, MA 01752

Bill Number: (RA) 630844
Bill Date: 23 Sep 2004
Cut-Off Date: 31 Aug 2004

Client: 047112 American National Power, Inc.

For Professional Services Rendered:

| Number | Name | | Fees | Disbursements | |
|--------|------|---|------|---------------|---|
| 0122275 | ANP-TXII Subpoena Opposition | $ | 1,848.00 | $ | 0.00 |
| | Total Fees ............................... | | $ | 1,848.00 | |
| | Total Disbursements........................ | | $ | 0.00 | |
| | Total Fees and Disbursements............. | | $ | 1,848.00 | |

**Please Return A Copy Of This Page With Your Remittance.**
Amounts Billed and outstanding for more than 45 days from the invoice date
are subject to a late charge of 1% per month until payment is received.

# HINCKLEY, ALLEN & SNYDER

ge 2

**Bill Number: (RA) 636844**
**Bill Date: 23 Sep 2004**

Client: 047112 American National Power, Inc.

Services:

| Date | Attorney / Legal Assistant | Description | Hours | Rate | Amount |
|------|------|------|------|------|------|
| 09-Aug-2004 | Carter | Telephone conference with Ms. Pucciariello regarding TXU proposal to resolve litigation; telephone conference with TXU counsel. | 1.10 | 280.00 | 308.00 |
| 10-Aug-2004 | Carter | Telephone conference with TXU counsel; ▓▓▓▓. | 0.90 | 280.00 | 252.00 |
| 11-Aug-2004 | Carter | Confer with TXU counsel. | 0.20 | 280.00 | 56.00 |
| 16-Aug-2004 | Carter | Review correspondence ▓▓▓ ▓▓▓▓▓ revisions to TXU letter. | 2.20 | 280.00 | 616.00 |
| 18-Aug-2004 | Carter | Conferences ▓▓▓ ▓▓▓▓ complete letter to TXU counsel regarding subpoena. | 0.90 | 280.00 | 252.00 |
| 19-Aug-2004 | Carter | Confer ▓▓▓▓▓▓ regarding response to TXU draft subpoena; complete correspondence to TXU regarding the same. | 0.80 | 280.00 | 224.00 |
| 27-Aug-2004 | Carter | Review TXU response to ANP discovery proposal; correspondence ▓▓▓▓▓ regarding the same. | 0.50 | 280.00 | 140.00 |
| **Subtotal For: 0122275** | | ANP-TXU Subpoena Opposition | **6.60** | | **1,848.00** |

| | | | | | |
|------|------|------|------|------|------|
| **Total Hours** | | | | **6.60** | **1848.00** |

**EXHIBIT B**

11/04/2004 15:42 2249350 Case 1:04-cv-12123-NG Document 25 HINCKLEY ALLEN SNYDE Filed 11/04/2004 TO HAS BOSTON Page 19 of 23 PAGE 02

NOV 04 2004 12:01 FR HAS BOSTON 30 3     HINCKLEY ALLEN SNYDE                         PAGE 02

11/03/2004 18:55   2249350                                TO HAS BOSTON                 P.02
NOV 02 2004 08:51 FR H A S BOSTON 30 2

### HINCKLEY, ALLEN & SNYDER
1500 Fleet Center
Providence, RI 02903

American National Power, Inc.
David Y. Musselman, Esq.
82 Forest Street, Suite 102
Marlborough, MA 01752

Bill Number: (RA) 523477
Bill Date: 15 Apr 2004
Cut-Off Date: 31 Mar 2004

Client: 047112 American National Power, Inc.

## For Professional Services Rendered:

| Number | Name | | Fees | Disbursements |
|--------|------|---|------|---------------|
| 0122275 | ANP-TXU Subpoena Opposition | $ 15,799.00 | $ | 1,069.17 |
| | Total Fees ........................... | $ | 15,799.00 | |
| | Total Disbursements..................... | $ | 1,069.17 | |
| | Total Fees and Disbursements............. | $ | 16,868.17 | |

### Please Return A Copy Of This Page With Your Remittance.
Amounts billed and outstanding for more than 45 days from the invoice date
are subject to a late charge of 1% per month until payment is received.

Page 1 (1)

HINCKLEY, ALLEN & SNYDER                    Engagement Attorney  0185  Casbarr
1500 Fleet Center
Providence, Rhode Island  02903

                                            Worksheet Number
                                            Invoice Number: ******
047112    American National Power, Inc.
  0122275     ANP-TXU Subpoena Opposition   Billing Actions:
                                            Services:

American National Power, Inc.
David T. Musselman, Esq.                    Bill Thru:  __/__/__
62 Forest Street, Suite 102
Marlborough, MA 01752                       Bill Date:  __/__/__

                                            Bill O/A:  _____

                      Acct. Recv. Balance:    $1,428.00    as of 11/04/04
Last Bill Thru Date:  10/31/04
                          Bill Template: RA
Billing Instructions :    Group Template: J1

============================================================================================

FOR PROFESSIONAL SERVICES

| Date | Narrative | Bill Hours | Atty. | Atty. No. | Index | Task | Worked Hours | Bill Value |
|------|-----------|-----------|-------|-----------|-------|------|--------------|-----------|
| 10/05/04 | Telephone conference with TXU counsel regarding subpoenas. | 0.20 | Carter | 1042 | 4811731 | | 0.20 | 56.00 |
| 10/06/04 | Correspond with TXU counsel regarding subpoena issues. | 0.20 | Carter | 1042 | 4811734 | | 0.20 | 56.00 |
| 10/15/04 | Review pleadings and correspondence filed by TXU with the federal District Court; ▮▮▮▮▮▮▮▮▮▮ | 0.80 | Carter | 1042 | 4815688 | | 0.80 | 224.00 |
| 10/15/04 | Gagne. Legal research. | 0.10 | Roff | 3076 | 4826910 | | 0.10 | 14.00 |
| 10/19/04 | Draft objection to TXU's October 5, 2004 letter requesting hearing on TXU's Motion to Compel Discovery from non-party ANP; conduct related legal research. | 2.70 | Day | 2211 | 4820169 | | 2.70 | 594.00 |
| 10/19/04 | D. Day. Provided court opinions. | 0.20 | Mogilevskaya | 3142 | 4823796 | | 0.20 | 12.00 |
| 10/20/04 | Draft and revise response letter to TXU per Rule 45. | 1.30 | Carter | 1042 | 4819814 | | 1.30 | 364.00 |
| 10/26/04 | Draft response to ex parte letter submitted by TXU with the District Court; ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮ prepare for hearing on motion to compel. | 2.60 | Carter | 1042 | 4823267 | | 2.60 | 728.00 |
| 10/26/04 | Draft, revise, and file ANP's response to TXU's 10/5/04 letter to Court; conduct legal research in preparation for 10/27/04 hearing; confer with the Court concerning same. | 3.70 | Day | 2211 | 4827485 | | 3.70 | 814.00 |
| 10/27/04 | Prepare for, and represent ANP at federal District Court hearing on motion to compel; conference with Mr. Day regarding follow up research issues; ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮. | 6.10 | Carter | 1042 | 4823291 | | 6.10 | 1,708.00 |

11/04/2004 15:42 2248350 Case 1:04-cv-12123-NG Document 25 HINCKLEY ALLEN SNYDER Filed 11/04/2004 TO HAS BOSTON Page 21 of 23 PAGE 04

NOV 04 2004 12:04 FR HAS BOSTON 30 3

Page 2 (2)

Engagement Attorney 0185 Gasbarr

HINCKLEY, ALLEN & SNYDER
1500 Fleet Center
Providence, Rhode Island 02903

Worksheet Number

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 047113 | American National Power, Inc. | 2.80 | Day | 2211 | 4827488 | 2.80 | 616.00 |
| 10/27/04 | Draft motion for recovery of legal fees; review and analyze client billing statements; confer with C. Carter regarding same. | | | | | | |
| 10/28/04 | Draft protective order regarding production of employment file; ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 0.80 | Carter | 1042 | 4823302 | 0.80 | 224.00 |
| 10/28/04 | Draft and revise motion for recovery of legal fees; review and analyze client billing statements; confer with C. Carter regarding same; revise and file proposed protective order. | 3.80 | Day | 2211 | 4827490 | 3.80 | 836.00 |
| 10/30/04 | Draft and revise motion for attorney's fees. | 0.50 | Carter | 1042 | 4823308 | 0.50 | 140.00 |

Matter Total 25.80 6,386.00
Billed On Account 0.00
Unallocated Credits 0.00
Net Unbilled 6,386.00

Total Services:

Is the amount billed 95% or less of Net Unbilled: ( ) Y ( ) N

Amount Billed - Fees _____

If yes, the following approvals are required:

Practice Group Leader: _____

Supervising Attorney : _____

Page 3 (3)

Engagement Attorney 0185 Gasbarr

HINCKLEY, ALLEN & SNYDER
1500 Fleet Center
Providence, Rhode Island 02903

Worksheet Number

| 047112 | American National Power, Inc. | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | 002 | | 9.24 | |
| | | 9.24 | | 005 | | 1.00 | |
| 11/03/04 | Duplicating | 1.00 | | 023 | | 101.74 | |
| 11/03/04 | Telephone | 101.74 | | 098 | 7.00 | 7.00 | |
| 11/03/04 | Online Research | 7.00 | 3d3d194 | | | | |
| 11/03/04 | Cash Disb. - CARTER, CHRISTOPHER-Reimbursement | | | | | | |
| | for cost of Taxi to hearing on 10/27/04 | | | | | | |
| | Voucher No: 734954    Check No:164197 | | | Disbursement Total | | 119.08 | |
| | | | | Billed On Account | | 0.00 | |
| | | | | Unbilled | | 119.06 | |

Amount Billed - Costs _____

Total Disbursements:                                              If yes, the following approvals are required:
Are disbursement chargeoffs or writedowns greater than $1007 ( ) Y ( ) N     Practice Group Leader: _____

HINCKLEY, ALLEN & SNYDER
1500 Fleet Center
Providence, Rhode Island  02903

Worksheet Number

047112        American National Power, Inc.

| Attorney No. | Init | Hours | Standard Value | Extended Value |
|---|---|---|---|---|
| 1042 | CNMC | 12.50 | 3,290.00 | 3,300.00 |
| 2211 | DAD | 13.00 | 2,860.00 | 2,860.00 |
| 3078 | JR | 0.10 | 14.00 | 14.00 |
| 3142 | YM | 0.20 | 12.00 | 12.00 |
| | | 25.80 | 6,136.00 | 6,386.00 |