UNITED STATES DISCTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM J. MURRAY, ) | |
| ) | Docket No. 04-cv-12123-NG |
| *Plaintiff*, ) | |
| ) | (Related to Cause |
| v. ) | No. 3:03 CV-088P, U.S. District |
| ) | Court, Northern District of |
| TXU CORP. *et al.*, ) | Texas, Dallas Division) |
| ) | |
| *Defendants*. ) | |

### **AFFIDAVIT OF CHRISTOPHER H. M. CARTER**

CHRISTOPHER H. M. CARTER does hereby depose and state as follows:

1. I am at least eighteen years of age and competent to testify. I am a partner in the law firm of Hinckley Allen & Snyder, LLP and a member in good standing of the bar of the Commonwealth of Massachusetts. In connection with the above-captioned matter, I serve as outside legal counsel to non-party American National Power, Inc. ("ANP").

2. Attached hereto as **Exhibit A** are true and accurate redacted copies of the billing statements generated by Hinckley Allen & Snyder, LLP reflecting legal fees and costs incurred in replying to TXU's November 18, 2004 Response to ANP's Request for Recovery of Attorneys' Fees and Costs.

Dated: November 30, 2004          /s/ Christopher H.M. Carter
                                  Christopher H.M. Carter

#508949