**Exhibit A**

Page 1 (1)

HINCKLEY, ALLEN & SNYDER
1500 Fleet Center
Providence, Rhode Island  02903

Engagement Attorney  0185  Gasbarr

)47112      American National Power, Inc.
  0122275      ANP-TXU Subpoena Opposition

Worksheet Number    738704
Invoice Number: ******

American National Power, Inc.
David T. Musselman, Esq.
62 Forest Street, Suite 102
Marlborough, MA 01752

Billing Actions:
Services:

Bill Thru:  ___/___/___

Bill Date:  ___/___/___

Bill O/A:  _____

Last Bill Thru Date:  11/24/04            Acct. Recv. Balance:  ███████        as of 11/30/04

Billing Instructions :                    Bill Template: RA
                                          Group Template: J1

==============================================================================================
FOR PROFESSIONAL SERVICES

| Date | Narrative | Bill Hours | Atty. | Atty No. | Index | Task | Worked Hours | Bill Value |
|---|---|---|---|---|---|---|---|---|
| 11/01/04 | Draft request for attorney's fees; confer ███████ | 3.50 | Carter | 1042 | 4832113 | | 3.50 | 980.00 |
| 11/02/04 | Draft and revise Motion For Attorney's Fees. | 2.90 | Carter | 1042 | 4832116 | | 2.90 | 812.00 |
| 11/02/04 | Revise memorandum in support of request for recovery of legal fees. | 0.20 | Day | 2211 | 4832527 | | 0.20 | 44.00 |
| 11/03/04 | Review and redact attorney's fees; draft response to subpoena. | 1.50 | Carter | 1042 | 4832121 | | 1.50 | 420.00 |
| 11/04/04 | Redact billing statements; draft response to TXU objection to Proposed Protective Order; telephone conference with TXU counsel; correspond ███████ | 2.80 | Carter | 1042 | 4832125 | | 2.80 | 784.00 |
| 11/04/04 | Revise and prepare for filing ANP's request for recovery of attorneys' fees and supporting memorandum; draft supporting affidavit; prepare exhibits to supporting affidavit; file papers. | 1.40 | Day | 2211 | 4832533 | | 1.40 | 308.00 |
| 11/05/04 | Revisions to Response in support of Proposed Protective Order; coordinate filing of the same; telephone conference ███████ | 0.90 | Carter | 1042 | 4832132 | | 0.90 | 252.00 |
| 11/08/04 | Review Court order and pleadings regarding TXU motion to compel. | 0.20 | Carter | 1042 | 4836296 | | 0.20 | 56.00 |
| 11/09/04 | Review order from the District Court on TXU's Motion to Compel; review protective order and nondisclosure agreement; telephone conference ███████; draft letter to TXU regarding protective order and document production. | 0.80 | Carter | 1042 | 4836297 | | 0.80 | 224.00 |
| 11/16/04 | Correspondence ███████ regarding case status. | 0.10 | Carter | 1042 | 4843006 | | 0.10 | 28.00 |

```
HINCKLEY, ALLEN & SNYDER                                              Page 2 (2)
     1500 Fleet Center                                 Engagement Attorney  0185  Gasbarr
Providence, Rhode Island  02903

047112        American National Power, Inc.                    Worksheet Number    738704
11/23/04   Review and analyze TXU's response to ANP's   0.20  Day     2211  4847452   0.20      44.00
           request for recovery of legal fees.
11/24/04   Telephone conference ███████████████         0.60  Carter  1042  4847224   0.60     168.00
           regarding response to TXU objection to
           attorney's fees.
11/28/04   Draft reply memorandum in support of request 2.00  Carter  1042  4847233   2.00     560.00
           for attorney's fees.
11/29/04   Further drafting of memorandum in support of 3.70  Carter  1042  4847234   3.70   1,036.00
           request for attorney's fees.
11/30/04   Prepare reply to TXU's response to ANP's     0.70  Day     2211  4847460   0.70     154.00
           request for recovery of legal fees.
                                                                  Matter Total     21.50   5,870.00
                                                                  Billed On Account           0.00
                                                                  Unallocated Credits         0.00
                                                                  Net Unbilled            5,870.00


        Total Services:                                    Amount Billed  - Fees  _____
Is the amount billed 95% or less of Net Unbilled: ( ) Y ( ) N   If yes, the following approvals are required:
                                                           Practice Group Leader: _____
                                                           Supervising Attorney :  _____
```

```
HINCKLEY, ALLEN & SNYDER                                           Page 3 (3)
       1500 Fleet Center                              Engagement Attorney  0185  Gasbarr
  Providence, Rhode Island  02903
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 47112 | American National Power, Inc. | | | | Worksheet Number | 738704 |
| 11/30/04 | Duplicating | 12.24 | | 002 | | 12.24 |
| 11/30/04 | Postage | 1.66 | | 003 | | 1.66 |
| 11/30/04 | Messenger Service | 13.00 | | 004 | | 13.00 |
| 11/30/04 | Telephone | 1.82 | | 005 | | 1.82 |
| 11/30/04 | Telecopy | 42.00 | | 022 | | 42.00 |
| 11/03/04 | Cash Disb. - CARTER, CHRISTOPHER-Reimbursement for cost of Taxi to hearing on 10/27/04  Voucher No: 734954   Check No:164197 | 7.00 | 3636194 | 098 | 7.00 | −7.00 ] *Previously Submitted* |

```
                                            Disbursement Total       77.72
                                            Billed On Account         0.00
                                            Unbilled                 77.72  (crossed out)
                                                                     $70.72
```

Total Disbursements:                                Amount Billed - Costs _____
Are disbursement chargeoffs or writedowns greater than $100? ( ) Y ( ) N   If yes, the following approvals are required:
                                                    Practice Group Leader: _____

HINCKLEY, ALLEN & SNYDER  
1500 Fleet Center  
Providence, Rhode Island  02903

Page 4 (4)  
Engagement Attorney  0185  Gasbarr

047112    American National Power, Inc.

Worksheet Number    738704

| Attorney No. | Init | Hours | Standard Value | Extended Value |
|---|---|---|---|---|
| 1042 | CHMC | 19.00 | 4,940.00 | 5,320.00 |
| 2211 | DAD | 2.50 | 550.00 | 550.00 |
|  |  | 21.50 | 5,490.00 | 5,870.00 |

+ 70.72  
$ 5,940.72