UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **WILLIAM MURRAY,** )<br>    Plaintiff, )<br> )<br>    v. )<br> )<br>**TXU CORP.,** )<br>    **Defendant.** ) | C.A. No. 04-12123-NG |

**GERTNER, D.J.:**

### ORDER OF DISMISSAL

The above-entitled action first came before this Court as Miscellaneous Business Docket Case 04-10069. It has since been transferred to the Civil Action Docket and all pending motions, including TXU's Motion to Compel and ANP's Request for Attorneys' Fees and Costs, have been resolved. Since no outstanding issues remain and the underlying matter must be resolved in the United States District Court for the Northern District of Texas, it is hereby **ORDERED** that the above-entitled action is **DISMISSED**.

**SO ORDERED.**

Dated: January 31, 2005              s/NANCY GERTNER, U.S.D.J.